# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

In re: §
§
JAMES REDMAN WISNER § Case No. 14-13182
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeanne Y. Jagow, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 239,035.00                     Assets Exempt: 80,735.11
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,741.50       Claims Discharged
                                                 Without Payment: 275,383.84

Total Expenses of Administration: 1,157.97

---

3) Total gross receipts of $ 3,899.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,899.47 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 301,386.00 | $ 58,334.00 | $ 58,334.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,157.97 | 1,157.97 | 1,157.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,496.00 | 41,505.34 | 41,505.34 | 2,741.50 |
| **TOTAL DISBURSEMENTS** | $ 362,882.00 | $ 100,997.31 | $ 100,997.31 | $ 3,899.47 |

4)  This case was originally filed under chapter 7 on 03/17/2014 . The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/31/2015           By:/s/Jeanne Y. Jagow, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: TCF 2804 | 1129-000 | 39.36 |
| Savings Account: Bellco | 1129-000 | 92.55 |
| Savings Account: TCF 1023 | 1129-000 | 0.26 |
| Savings and Checking Account: 8901 Hastings FCU | 1129-000 | 7.81 |
| sole proprietor business bank account - DBA Just T | 1129-000 | 250.07 |
| Whole Life Insurance | 1129-000 | 1,419.42 |
| PAYMENT PLAN | 1229-000 | 90.00 |
| FRAUDULENT CONVEYANCE | 1241-000 | 2,000.00 |
| TOTAL GROSS RECEIPTS | | $ 3,899.47 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atkinson Boyle PLLC 5575 S. Sycamore Suite 101 Littleton, CO 80120 | | 0.00 | NA | NA | 0.00 |
| | Bank of America N.A. 400 National Way SV 35 P.O. Box 10232 Simi Valley, CA 93065-6298 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 231,816.00 | NA | NA | 0.00 |
| | Bank of America, NA 101 S Tryon St Charlotte, NC 28202 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank, N.A. 4851 Cox Road Glen Allen, VA 23060 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.A. 1680 Capital One Drive McLean, VA 22102 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Captital One Bank (USA), N.A. P.O. Box 70886 Charlotte, NC 28272 | | 0.00 | NA | NA | 0.00 |
| | Machol & Johannes, LLC 717 17th Street, Suite 2300 Denver, CO 80202 | | 0.00 | NA | NA | 0.00 |
| 5 | Instant Imprints Franchising | 4110-000 | 69,570.00 | 58,334.00 | 58,334.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 301,386.00** | **$ 58,334.00** | **$ 58,334.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeanne Y. Jagow | 2100-000 | NA | 974.87 | 974.87 | 974.87 |
| Jeanne Y. Jagow | 2200-000 | NA | 108.10 | 108.10 | 108.10 |
| Union Bank | 2600-000 | NA | 75.00 | 75.00 | 75.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,157.97** | **$ 1,157.97** | **$ 1,157.97** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 2970 Market Street Philadelphia, PA 19104-5016 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Central Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Special Procedures 600 17th Street, MS 5028 Denver, CO 80202 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Corp. Welsh and McKean Roads P.O. Box 844 Spring House, PA 19477-0844 | | 0.00 | NA | NA | 0.00 |
| | Advanta P.O. Box 9217 Old Bethpage, NY 11804-9217 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank, PLC 745 Seventh Avenue New York, NY 10019 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank, PLC c/o THE CORPORATION COMPANY 1675 Broadway Ste 1200 Denver, CO 80202 | | 0.00 | NA | NA | 0.00 |
| | Bellco Credit Union 7600 E Orchard Rd Ste 40 Greenwood Village, CO 80111 | | 0.00 | NA | NA | 0.00 |
| | Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/Ymaha 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 3,495.00 | NA | NA | 0.00 |
| | Capital One Bank, N.A. 4851 Cox Road Glen Allen, VA 23060 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.A. 1680 Capital One Drive McLean, VA 22102 | | 0.00 | NA | NA | 0.00 |
| | Captital One Bank (USA), N.A. P.O. Box 70886 Charlotte, NC 28272 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank USA NA 200 White Clay Center Drive Newark, DE 19711 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,309.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Federal Deposit Insurance Corporation Receiver: Advanta Bank Corp. 1601 N. Bryan Street Dallas, TX 75201-3430 | | 0.00 | NA | NA | 0.00 |
| | Firstbank Of Parker 12345 W Colfax Ave Lakewood, CO 80215 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Dillards Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Ge Capital Loc Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/M Wards Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Mervyns Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Mervyns Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 19360 Portland, OR 97280 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Frnrw Po Box 703 Wood Dale, IL 60191 | | 0.00 | NA | NA | 0.00 |
| | Hstg Fed C U 707 N Marian Road Hastings, NE 68901 | | 0.00 | NA | NA | 0.00 |
| | Hstg Fed C U 707 N Marian Road Hastings, NE 68901 | | 0.00 | NA | NA | 0.00 |
| | Hstg Fed C U 707 N Marian Road Hastings, NE 68901 | | 0.00 | NA | NA | 0.00 |
| | Hstg Fed C U 707 N Marian Road Hastings, NE 68901 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Merrick Bank 10705 S Jordan Gateway, Suite 200 South Jordan, UT 84095 | | 0.00 | NA | NA | 0.00 |
| | Merrick Bank Corporation c/o CT Corporation 1675 Broadway Denver, CO 80202 | | 0.00 | NA | NA | 0.00 |
| | Merrick Bank PO Box 5721 Hicksville, NY 11802-5721 | | 0.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 7400 W 110th St Ste 200 Overland Park, KS 66210 | | 0.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 7670 S Chester St Unit 2 Englewood, CO 80112 | | 0.00 | NA | NA | 0.00 |
| | Vw Credit Inc 1401 Franklin Blvd Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Bank Po Box 14517 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| 2 | ADVANTA BANK CORPORATION | 7100-000 | 19,311.00 | 15,304.78 | 15,304.78 | 1,010.91 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Cerastes, Llc | 7100-000 | 5,914.00 | 6,151.87 | 6,151.87 | 406.34 |
| 1 | Colorado Department Of Revenue | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5B | Instant Imprints Franchising | 7100-000 | 17,303.00 | 11,236.00 | 11,236.00 | 742.16 |
| 3 | MERRICK BANK | 7100-000 | 758.00 | 692.12 | 692.12 | 45.72 |
| 4 | N. A. Capital One Bank (Usa) | 7100-000 | 4,541.00 | 4,622.02 | 4,622.02 | 305.29 |
| 7 | N. A. Capital One Bank (Usa) | 7100-000 | 8,865.00 | 3,498.55 | 3,498.55 | 231.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 61,496.00 | $ 41,505.34 | $ 41,505.34 | $ 2,741.50 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-13182 | MER | Judge: | Michael E. Romero | Trustee Name: | Jeanne Y. Jagow, Chapter 7 Trustee |
| Case Name: | JAMES REDMAN WISNER | | | | Date Filed (f) or Converted (c): | 03/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/2014 |
| For Period Ending: | 07/31/2015 | | | | Claims Bar Date: | 09/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence: 10006 Boca Cir, Parker, CO 8013 | 299,015.00 | 0.00 | | 0.00 | FA |
| 2. Savings Account: TCF 1023 | 29.40 | 0.26 | | 0.26 | FA |
| 3. Checking Account: TCF 2804 | 150.00 | 39.36 | | 39.36 | FA |
| 4. Savings Account: Bellco | 300.00 | 92.55 | | 92.55 | FA |
| 5. Savings and Checking Account: 8901 Hastings FCU | 10.00 | 7.81 | | 7.81 | FA |
| 6. sole proprietor business bank account - DBA Just T | 355.87 | 250.07 | | 250.07 | FA |
| 7. Furniture (Sofa, Chair, end tables, ent. center, b | 1,400.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Houshold Goods (Linens, pictures, prints dec | 260.00 | 0.00 | | 0.00 | FA |
| 9. Electronics and accessories | 620.00 | 0.00 | | 0.00 | FA |
| 10. Kitchen and small appliances | 190.00 | 0.00 | | 0.00 | FA |
| 11. Large Appliances | 145.00 | 0.00 | | 0.00 | FA |
| 12. Canned food and fuel | 70.00 | 0.00 | | 0.00 | FA |
| 13. Clothing, coats, shoes, etc. | 300.00 | 0.00 | | 0.00 | FA |
| 14. Fishing equipment | 100.00 | 0.00 | | 0.00 | FA |
| 15. Whole Life Insurance | 1,419.42 | 1,419.42 | | 1,419.42 | FA |
| 16. Insurance claim for burst pipe in home | Unknown | 0.00 | | 0.00 | FA |
| 17. 2004 Toyota Highlander; 88,000 miles | 9,000.00 | 0.00 | | 0.00 | FA |
| 18. Tools and equipment used in business (embroidery m | 7,500.00 | 0.00 | | 0.00 | FA |
| 19. Pet dog | 0.00 | 0.00 | | 0.00 | FA |
| 20. FRAUDULENT CONVEYANCE (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 21. PAYMENT PLAN (u) | 0.00 | 90.00 | | 90.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

UST Form 101-7-TDR (10/1/2010) (Page: 13)

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $320,864.69 | $3,899.47 | $3,899.47 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5-1-15 CHECKS CUT

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | TIS |
| RE PROP # | 3 | -- | TIS |
| RE PROP # | 4 | -- | TIS |
| RE PROP # | 5 | -- | TIS |
| RE PROP # | 6 | -- | TIS |
| RE PROP # | 14 | -- | value insuffcient to warrant liquidation |

Initial Projected Date of Final Report (TFR): 05/30/2014      Current Projected Date of Final Report (TFR): 03/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-13182 | Trustee Name: | Jeanne Y. Jagow, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | JAMES REDMAN WISNER | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX5508 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX0869 | Blanket Bond (per case limit): | $71,141,417.00 |
| For Period Ending: | 07/31/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/14 | | WISNER, JAMES REDMAN 10270 S PROGRESS WAYUNIT DPARKER, CO 80134 | JUNE PAYMENT | | $649.91 | | $649.91 |
| | | | Gross Receipts $649.91 | | | | |
| | 2 | | Savings Account: TCF 1023 $0.26 | 1129-000 | | | |
| | 3 | | Checking Account: TCF 2804 $39.36 | 1129-000 | | | |
| | 4 | | Savings Account: Bellco $92.55 | 1129-000 | | | |
| | 5 | | Savings and Checking Account: 8901 Hastings FCU $7.81 | 1129-000 | | | |
| | 6 | | sole proprietor business bank account - DBA Just T $250.07 | 1129-000 | | | |
| | 15 | | Whole Life Insurance $259.86 | 1129-000 | | | |
| 08/19/14 | 15 | JUST THINK IT CREATIVE MARKETING 10270 PROGRESS WAYUNIT DPARKER, CO 80123 | PAYMENT | 1129-000 | $649.91 | | $1,299.82 |
| 09/04/14 | | Just Think it Creative Marketing 10270 S. Progress Way Parker, CO 80134 | PAYMENT | | $649.91 | | $1,949.73 |
| | | | Gross Receipts $649.91 | | | | |
| | 15 | | Whole Life Insurance $509.65 | 1129-000 | | | |
| | 20 | | FRAUDULENT CONVEYANCE $140.26 | 1241-000 | | | |
| 09/22/14 | 20 | Just Think it Creative marketing 10270 S Progress Way Parker, CO 80134 | SEPTEMBER PAYMENT | 1241-000 | $649.91 | | $2,599.64 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,584.64 |

| | | | Page Subtotals: | | $2,599.64 | $15.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-13182 | Trustee Name: | Jeanne Y. Jagow, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | JAMES REDMAN WISNER | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX5508 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX0869 | Blanket Bond (per case limit): | $71,141,417.00 |
| For Period Ending: | 07/31/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/28/14 | 20 | Just Think it Creative Marketing<br>10270 S Progress Way<br>Parker, CO 80134 | PAYMENT | 1241-000 | $649.92 | | $3,234.56 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,219.56 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,204.56 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,189.56 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,174.56 |
| 03/10/15 | | Just Think It Creative Marketing<br>10270 S. Progress Way, Unit D<br>Parker, CO 80134 | Final Payment | | $649.91 | | $3,824.47 |
| | | | Gross Receipts  $649.91 | | | | |
| | 20 | | FRAUDULENT CONVEYANCE  $559.91 | 1241-000 | | | |
| | 21 | | PAYMENT PLAN  $90.00 | 1229-000 | | | |
| 05/01/15 | 1001 | Jeanne Y. Jagow<br>P.O. Box 271088<br>Littleton, CO 80127 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $974.87 | $2,849.60 |
| 05/01/15 | 1002 | Jeanne Y. Jagow<br>P.O. Box 271088<br>Littleton, CO 80127 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $108.10 | $2,741.50 |
| 05/01/15 | 1003 | ADVANTA BANK CORPORATION<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Final distribution to claim 2 representing a payment of 6.61 % per court order. | 7100-000 | | $1,010.91 | $1,730.59 |
| 05/01/15 | 1004 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Final distribution to claim 3 representing a payment of 6.61 % per court order. | 7100-000 | | $45.72 | $1,684.87 |
| | | | Page Subtotals: | | $1,299.83 | $2,199.60 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-13182 | Trustee Name: | Jeanne Y. Jagow, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | JAMES REDMAN WISNER | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX5508 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX0869 | Blanket Bond (per case limit): | $71,141,417.00 |
| For Period Ending: | 07/31/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/15 | 1005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 6.61 % per court order. | 7100-000 | | $305.29 | $1,379.58 |
| 05/01/15 | 1006 | Instant Imprints Franchising<br>C/O J. Aaron Atkinson, Esq.<br>Atkinson/Boyle, Pllc<br>750 W. Hampden, Ste. 520<br>Englewood, Co 80110 | Final distribution to claim 5 representing a payment of 6.61 % per court order. | 7100-000 | | $742.16 | $637.42 |
| 05/01/15 | 1007 | Cerastes, Llc<br>C O Weinstein, Pinson, And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 6 representing a payment of 6.61 % per court order. | 7100-000 | | $406.34 | $231.08 |
| 05/01/15 | 1008 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 7 representing a payment of 6.61 % per court order. | 7100-000 | | $231.08 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $3,899.47 | $3,899.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,899.47 | $3,899.47 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,899.47 | $3,899.47 |

Page Subtotals: $0.00   $1,684.87

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5508 - Checking - Non Interest | $3,899.47 | $3,899.47 | $0.00 |
| | $3,899.47 | $3,899.47 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,899.47 |
| Total Gross Receipts: | $3,899.47 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*